

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00483-CV

**THE TOWN OF BARTONVILLE PLANNING AND ZONING BOARD OF ADJUSTMENTS** and Kristi Gilbert,
Appellants

v.

**BARTONVILLE WATER SUPPLY CORPORATION**,
Appellee

From the 393rd District Court, Denton County, Texas
Trial Court No. 2012-60272-393
Douglas M. Robison, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, appellee's motion for rehearing is DENIED, and our prior opinion and judgment of March 27, 2013 are WITHDRAWN. The judgment of the trial court is REVERSED and this cause is REMANDED to the trial court for further proceedings consistent with this opinion. Costs of appeal are taxed against Appellee Bartonville Water Supply Corporation.

SIGNED June 12, 2013.

Karen Angelini, Justice